William W. Farley, as State Commissioner of Excise of the State of New York, Respondent, v. Edward F. Gordon and National Surety Company,

Appellants.— Judgment and order affirmed, with costs. No opinion. Hirschberg, Thomas, Carr and Rich, JJ., concurred; Burr, J., not voting.

Henry Finley, Respondent, v. Henry D. Kleinman, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Hirschberg, Thomas, Carr and Rich, JJ., concurred.